# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 99-81073 |
| D-24 ALVIN P. BOUDREAUX ) | USM No: 28424-039 |
| ) | |
| Date of Original Judgment: 9/26/2002 ) | |
| Date of Previous Amended Judgment: 9/4/2007 ) | |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

As the mandatory minimum sentence was imposed, the defendant is not eligible for a reduction of sentence.

Except as otherwise provided, all provisions of the judgment dated   9/4/2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   September 20, 2017        s/George Caram Steeh
                                                                                *Judge's signature*

Effective Date: _____        George Caram Steeh, U.S. District Judge
*(if different from order date)*              *Printed name and title*